**RESPOND TO COMPLAIN CIVIL ACTION No 1:25-cv-11673-WGY - FOR BLESSED MOSES CORPORATION**

**ANSWERS – WRITTEN BY MOSES OLATUNDE**

### INTRODUCTION

1. Moses Olatunde is the Registered Agent of – Blessed Moses Corporation (s corp)
2. Moses Olatunde is a Licensed Real Estate Broker in the state of Massachusetts and the Corporation has active Real Estate license.
3. Risikat, Yetunde, and Blessing Olatunde are my : wife, daughter, and Son whose their name was simply inserted to those position to fulfill Secretary of State requirement. They are not Licensed Real Estate Agent or Broker, they are not active in the running of the Corporation, they do not receive salary or dividend, no shares were allocated to them. Moses Olatunde is the only one that is responsible for all the activities of the corporation.
4. Blessed Moses Corporation is registered as SMALL CORPORATION since June 2001, and still struggling to grow.

### STATEMENT OF FACTS

1. Moses Olatunde(Blessed Moses Corporation) is the official and legal Property Manager of the property located at 6 Deering road Mattapan MA 02126.
2. Mrs Beatrice Bamikole is the legal Landlord that has Management Contract with Mr Moses Olatunde (Blessed Moses Corporation)
3. Therefore, Moses Olatunde ( Blessed Moses corporation ) acted on behalf of the LandLord.
4. The Plaintiffs – Michael Brown, Dynzel brown and others has been a Month-To-Month tenant in the 3rd unit without paying any utilities till date since 2020 and 2021 respectively.
5. The Plaintiffs – Michael Brown Lease expires August 31st 2021, but refuses to go therefore automatically becomes – HOLD OVER TENANT ( Tenant-At –Will). The Plaintiff – Dynzel Brown Lease Expires August 31st, 2022, but refuses to go therefore automatically becomes –HOLD OVER TENANT ( Tenant –At-Will).
6. In October 1st, 2024, Letter of 90 days Notice of rent Increase were given to the Plaintiffs with the content stipulating reasons for the Increase. Rent Increase was due to global inflation that has affected goods and services – Mortgage payments, Home Insurance, Property taxe, Property Maintenance and All utilities.
7. One of the Plaintiffs stipulated through his text message of Non – Compliance with the Rent Increase – Plaintiff – Dynzel Brown
8. In the last week of December 2024, LEASE PROPOSAL that contains New Rent Increase and updated terms of Rent was given to one of the Plaintiff – Michael Brown .
9. Plaintiffs rejected – LEASE PROPOSAL , therefore, no agreement between parties that can transformed into – LEASE AGREEMENT.
10. No valid Lease was signed by the Plaintiffs in 2025 and previous years requiring them to pay utilities , landlord has been responsible throughout .
11. From December 2024 till date , No rent or Use of Space was paid by the Plaintiffs.

12- The landlord decided to sell the property so as not to lose the property to Foreclosure because we were back in Mortgage payments
13- Since no rent payment from 2024, Mr Moses Olatunde (Blessed Moses Corporation) has not received any Monthly Management Fee from the LandLord –Mrs Beatrice Bamikole. Even, Mr Moses Olatunde ( Blessed Moses Corporation ) has been using his own Personal Money for for the : Constructions, Repairs , maintenances and renovations of the Property.
14- According to the Plaintiffs terms of rent - Month – To – Month, 30 day notice to vacate were sent to all tenant in order for the full renovation of the whole property so as to get it ready for sale.
15- The Construction Company hired to Handle the Overall Reconstruct and repair is Called – GROUNDWORKS FOUNDATIONS.
16- Other tenants vacate, but the Plaintiffs remained in the Property.
17- The landlord was carried along by the Property Manager as all the above events was occurring.
18- The landlord brings along her Property Manager and contacted her Lawyer to handle the eviction of the Plaintiffs.

### LANDLORD LAWYER ACTION
1-Attorney Stephen David ( Landlord Lawyer ) contacted the Plaintiffs.
2 – The Plaintiffs demanded for RANSOME ( MONEY) before they can move out
3 – The Attorney demanded from Property Manager updated Unpaid Rent.
4 – Property Manager gave the updated unpaid rent by the Plaintiffs to the Attorney to be Plaintiff – Michael Brown – owes $4,800 , Dynzel Brown owes - $6,250.
5 – After long negotiation, the Plaintiffs agreed to collect additional $7,500 cashier check. in addition to unpaid rent before they can move out.
6 – Therefore, the plaintiffs got total package of $18,550 before they agreed to move out in August 21st 2025, but later moved out in August 22nd, 2025. All documents to this settlements is attached.
7-The Landlord has settled the plaintiffs fully, at the expense of Property Manager who has not gotten paid since 2024 because tenants owed a lot of rents.
8- The Plaintiffs now remove the Landlord name and her Lawyer name from this federal Law suits after paying ransome.
9- The Plaintiffs now said they need more money, therefore, coming after Struggling Property Manager and his family who has not got paid since 2024.

### SUMMARY OF RESPONSE TO CLAIM
Your honor and gentlemen of the Jury, the Plaintiffs motive of this law suits is to RETALIATE against Struggling Property Manager and his family and keep collecting ransome ( money) . I the property Manager have acted throughout on behalf of the Landlord whom have settled the Plaintiffs at expense of me not getting paid since 2024.

The Plaintiffs also sent me an email if I want to settle the law suit by paying ransome ( money), and then they will discontinue the law suit against me and my family. Where should I get the money when I was not paid since 2024 because the plaintiffs did not pay rent.

Sir, the action by the Plaintiffs to use Law suits to bully Landlord and Property Manager to to pay ransome (money) is not the way to go in decreasing homelessness in the CITY OF BOSTON and in the STATE OF MASS.

For example, according to boston.com, COMPACT LIVING PILOT PROGRAM was launched in 2018 by CITY OF BOSTON to address this home crisis. This is a situation , where rooms will be made smaller to accommodate double the usual capacity, also , in Febuary 3rd, 2025, Gov Healey administration unfolded " Affordable housing act" by introduction of – ADU ( Accessory Dwelling Unit) , in which , car garage can be turned to living space, also if you have vacant land in your yard this also can be turned to ADU all of this is to address housing crisis.

Your Honor, and Gentlemen of the Jury, I have valid documents and live witnesses to support all my facts when called upon to do so, Therefore, I humbly, asked this case to be dismissed because the Plaintiffs has no substance in their claims that I presented myself to them as LandLord. I rest my case.

Yours sincerely

Moses Olatunde

For – Blessed Moses Corporation – RESPONSE TO CLAIM