*FINAL Judgment*



# COMMONWEALTH OF MASSACHUSETTS
## TRIAL COURT

**SUFFOLK, SS.**

**HOUSING COURT DEPARTMENT
EASTERN DIVISION**

**DOCKET # 25H84SP002954**

**Beatrice Bamikole**

_____
Plaintiff(s)

v.

~~Donzyl Brown~~ DYNzel Brown  DB

_____
Defendant(s)

## AGREEMENT FOR JUDGMENT

**THE UNDERSIGNED PARTIES HEREBY AGREE TO THE FOLLOWING FACTS AND TO ENTRY OF THE FOLLOWING JUDGMENT AS A RESOLUTION OF THEIR CASE:**

(Check all the boxes that apply; any boxes left unchecked will not be considered part of the agreement.)

☑ The parties agree that the Plaintiff(s) is the owner/Lessor.

☑ The agreed upon rent for the unit is $ **750** per **month**.

☐ The Defendant(s) owes $ **6,250.00** in contract rent for the months of **August, 2024** through **July, 2025**.

☑ The rent owed is reduced by $ **6,250.00** on account of **claims by the Tenant.** leaving an amount owed of $ **0**.

☑ Judgment for possession and for $ **0.00** is to enter for:
    ☑ the Plaintiff(s)  ☐ the Defendant(s) on _____ plus court costs $_____.

**The Plaintiff(s) shall file Satisfaction of Judgment within fourteen (14) days of this judgment being satisfied in full.**

☐ Execution for possession, damages owed, and/or costs may issue upon filing a motion.

☐ Execution for **possession only** ☑ shall issue by written request on or after: **August 21, 2025**

☐ The parties agree that any unpaid or additional use and occupancy owed after the date of this Agreement may be added to the judgment amount by motion.

☑ The parties agree that execution shall be stayed during the pendency of this agreement, and that the period of such stay shall be excluded from the computation of the 3-month limitation established by M.G.L. c. 235, § 23.

/Defendant DB

☑ The parties agree to the following additional terms:
1. Upon vacating the Premises, ~~Plaintiff~~ shall receive the sum of three thousand seven hundred and fifty ($3,750.00) dollars in full and final settlement of all claims that he has in this court as well as a pending claim filed in the Federal Court Docket No. 25CV11673WGY. Tenant shall sign the attached Stipulation of Dimissal for the Federal Court Case.
2. Tenant shall leave the property broom clean, free of all personal property and debris.

Revised 01/28/25

on August 21, 2025 ⟵ DB

3. Upon final inspection by the Landlord, the Tenant shall pick up a cashier's check for $3,750.00 from Landlord's attorney at his office at 601 High Street, Suite 101, Dedham, MA 02026.

4. At the time of pickup, Seller's attorney shall provide a letter* to the Tenant stating that Tenant was not evicted and was asked to vacate due to Landlord's intention to sell the house.

5. No 1099 shall issue in this matter.

DB * Letter shall be provided to Tenant within 24 hours of Today.

SP
BB

DATE: 7/22/25                                     DOCKET #: 25H84SP002954

☑ If either party alleges that the other party has failed to comply with the terms and conditions of this Agreement, they may file a motion and request a hearing for enforcement of the Agreement or for issuance of Execution. The moving party shall provide a copy of the motion to the other side. The Court shall schedule a hearing and send notice to the parties to determine if a breach of the Agreement has occurred.

☑ The parties understand and agree that no evidence has been taken in this matter, and the execution of this Agreement for Judgment shall not be deemed an admission of any wrongdoing.

☑ If there is a Defendant(s) who failed to appear and a default has entered, the Plaintiff(s) can agree to allow the Defendant(s) to appear in court and sign the original Agreement in the presence of a Housing Specialist by _____ and the default shall be vacated.

☐ If the terms of this Agreement are fully complied with, the parties will jointly file a motion to vacate the judgment, resulting in the dismissal of this case. If the parties do not agree to this motion, either party may file a motion to vacate the judgment, and the court will schedule a hearing.

☐ Tenancy shall be reinstated upon dismissal.

☐ The parties shall appear in court on _____ at _____ for _____.

**I UNDERSTAND THAT I DO NOT HAVE TO SIGN THIS AGREEMENT, AND THAT I HAVE THE RIGHT TO GO IN FRONT OF A JUDGE FOR A DECISION IN THIS CASE. I ACKNOWLEDGE THAT I AM SIGNING THE AGREEMENT VOLUNTARILY. I UNDERSTAND THE TERMS OF THE AGREEMENT, AND I AGREE THAT THE TERMS ARE FAIR AND REASONABLE.**

Initial(s) of party(ies): Plaintiff(s): _____ Defendant(s): _____

**ONCE APPROVED BY A JUDGE, THIS AGREEMENT BECOMES A COURT ORDER AND BOTH PARTIES ARE LEGALLY REQUIRED TO FOLLOW IT.** *If questions arise, please consult a Housing Specialist at (617) 788-6233.*

Signed by Plaintiff _____
Print Name _____
Phone# _____
Email: _____

x *[signature]* Dynzel B
Signed by Defendant
Print Name ~~Denzyl Brown~~ Dynzel BB Brown
Phone# 857-395-5598
Email: Dynzeb@gmail.com

Signed by Plaintiff _____
Print Name _____
Phone# _____
Email: _____
Plaintiff's Attorney (Sign & Print) *[signature]*
Phone# 781-461-1060
Email: stephen@sdavidlaw.com
BBO# 115070

Signed by Defendant _____
Print Name _____
Phone# _____
Email: _____

Defendant's Attorney (Sign & Print) _____
Phone# _____
Email: _____
BBO# _____

Housing Specialist: *Shanna L. Varney*
Date: 7-22-25

SO ORDERED: _____
First Justice/Associate Justice

Interpreted in: _____ ▼ Name: _____