# BLESSED MOSES CORPORATION

REAL ESTATE SALES, PURCHASES, INVESTMENT AND MANAGEMENT

LIMOUSINE: CHAUFFERED, WEDDING, GRADUATION AND

3 ALLIED DR SUITE 303, DEDHAM, M.A. 02026

PH : 617-290-1064 , FAX : 617-208-2936, EMAIL: Blessedmoses@msn.com



State of _MASS_____

Rev. 133EF49

## PROPERTY MANAGEMENT AGREEMENT

This Property Management Agreement (this "Agreement") is made this _06/01/2020_, by and between _BEATRICE BAMIKOLE of 6 Deering Road Boston MA 02126 ("OWNER") and BLESSED MOSES CORPORATION of 3 Allied Drive Suite 303 Dedham MA 02026_("MANAGEMENT COMPANY"). The parties agree as follows:

1. **Managing Agent.** Owner appoints Agent to exclusively manage the property located at _6,DEERING ROAD ,BOSTON _M.A_ _02126___ (the "Premises"). Agent accepts the appointment and agrees to provide building management services. Owner agrees to pay all reasonable expenses in connection with those services. Agent agrees to uses due diligence in the performance of this contract and in all matters involved with the management of this property.

2. **Term.** The term of this Agreement will be from _06/01/2020_ to _TERMINATION DATE BY EITHER_PARTY_UPON 60 DAYS NOTIFICATION.

3. **Agent's Responsibilities.** Owner grants Agent full authority to do any and all lawful things necessary for the fulfillment of this Agreement, including the following:

   i. To use diligence in managing the premises and to rent, lease, and operate the premises.
   ii. To collect all rents and other monies from Tenant as they become due. Agent does not guarantee tenant obligations. Agent may employ collection agencies, attorneys, or any other reasonable and lawful means to collect from a Tenant. Agent is responsible for suing and recovering, including settlement, for rent and for loss or damage to any part of the property. Agent is not responsible for mortgage payments, taxes, fire or other insurance premiums, or any recurring expenses.
   iii. To render to Owner a monthly accounting of rents received and expenses paid; and to remit to Owner all income, less any sums paid out, on or before the __10TH_____ day of the current month, provided, however, that the rent has been received from the tenant.
   iv. Agent agrees to decorate, to maintain, improve and to repair the property and to hire and to supervise all employees and other needed labor. Any improvements and repairs that exceed ___$50.00__ must receive approval from Owner. Agent is not responsible for any damage to premises by Tenants or others.

v. Agent agrees to advertise for, screen, and select tenants in compliance with all relevant laws and regulations. Agent will set rents that reflect the market conditions, unless otherwise instructed in writing by the Owner.

**4. Agent Liability.** Owner agrees to hold Agent harmless from any claims, charges, debts, demands and lawsuits. Owner agrees to pay Agent's attorney's fees related to the management of the property and any liability for injury on the property. Agent is not liable for the nonpayment of or theft of any service, including utilities, by Tenant. Owner agrees to maintain sufficient property insurance and will name **Management Company Name and Address** as an insured. Owner shall provide a copy of the insurance policy to the Agent.

**5. Compensation.** Owner agrees to compensate Agent for managing the premises. Owner agrees to let Agent collect from pending tenant

  A. ___1/2_____ of the first full month of rent for acquiring tenant;
  B. __5%_____ of all collected rents and fees;

**6. Termination.** The parties may terminate this agreement by mutual agreement at any time. If the premises is not rented within a ___SPECIFIED_____ day period of this agreement, Owner may declare this agreement void.

**7. Successors.** This agreement shall be binding upon Owner and Agent's successors. Owner will not assign its interest in the premises except in connection with a sale of all or substantially all of its assets.

**8. Waivers.** No waiver of any condition or covenant in this Agreement by either party shall be deemed to imply or constitute a further waiver of the same or any other condition or covenant of this Agreement.

**9. Governing Law.** This Agreement has been executed under and shall be governed by the laws of the State of _MASS_ without regard to the state's conflict of law principles. The parties covenant and agree that any and all claims, disputes, and actions arising from this Agreement or as a result of the relationship of the parties shall be filed and heard in the venue of __SUFFOLK__ County, State of __MASS_ and that jurisdiction shall lie in such county and state.

**10. Force Majeure.** In the event that either party shall be delayed or hindered in or prevented from doing or performing any act or thing required in this Agreement by reason of strikes, lock-outs, casualties, acts of God, labor troubles, inability to procure materials, failure of power, governmental laws or regulations, riot, insurrection, war or other causes beyond the reasonable control of such party, then such party shall not be liable or responsible for any such delays and the doing or performing of such act shall be excused for the period of the delay and the period for the performance of any such act shall be extended for a period equivalent to the period of such delay.

**11. Severability.** If any provision of this Agreement is held to be invalid, illegal or unenforceable in whole or in part, the remaining provisions shall not be affected and shall continue to be valid, legal and enforceable as though the invalid, illegal or unenforceable parts had not been included in this Agreement.

**12. Complete Agreement.** This Agreement contains a complete expression of the agreement between the parties and there are no promises, representations or inducements except such as are herein provided.

13. Addendum Incorporated: The under listed provisions is an addendum incorporated to the contract by the owner:

    (a) Tenant check payable to BEATRICE BAMIKOLE
    (b) Expenses over $50.00 must be reported to the owner
    (c) **Management Company Name and Address** to be added to owners insurance as "Additional Insured"
    (d) Owner to approve most repairs.

The parties agree to execute this Agreement as of the first date written above.

_[signature]_
Owner1 Signature

_Beatrice Bamikole_
Owner Name

_____
Owner2 Signature

_____
Owner Name

_[signature]_
**Agent** Signature

_MOSES OLAGUNDE_
**Agent** Name

**Property Management Agreement** (Rev. 133EF49)