# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

**DYNZEL BROWN,**
**MICHAEL BROWN,**

        **Plaintiff,**

**v.**

**Blessed Moses Corporation, et al.**

        **Defendant,**

Civil Action No. 1:25-cv-11673-WGY

## PLAINTIFFS' NOTICE OF CHANGE OF ADDRESS

### *(Effective August 28, 2025)*

Plaintiffs Michael Brown and Dynzel Brown (collectively, "Plaintiffs"), appearing [pro se],

hereby notify the Court and all parties of their change of mailing address effective August 28,

2025. All future notices, correspondence, and service of pleadings should be directed to:

**Old Address:**

Plaintiff: Michael Brown and Dynzel Brown

6 Deering Road

Mattapan, Ma 02126

**New Address (effective 8/28/2025):**

Plaintiffs: Michael Brown and Dynzel Brown

43 Regis Road

1

Mattapan, MA 02126

Plaintiffs respectfully request the docket and all service lists be updated accordingly.

Respectfully submitted,                                    September 2, 2025

Plaintiff: Michael Brown  /s/ Michael Brown
43 Regis Road

Mattapan, MA 02126

Tel: 617-487-1272
michaelgab184@gmail.com

Plaintiff: Dynzel Brown  /s/ Dynzel Brown
43 Regis Road

Mattapan, MA 02126

Tel: (857) 395-5598

Email: dynzel87@gmail.com

# CERTIFICATE OF SERVICE

I certify that on September 2, 2025, we the plaintiff served a true and correct copy of the foregoing Plaintiffs' Notice of Change of Address (Effective August 28, 2025) on the following parties of record by email to the registered agent Moses Olatunde of behalf of all defendants.

Respectfully submitted,                                        September 2, 2025

Plaintiff: Michael Brown  /s/ Michael Brown

43 Regis Road

Mattapan, MA 02126

Tel: 617-487-1272
michaelgab184@gmail.com


Plaintiff: Dynzel Brown  /s/ Dynzel Brown

43 Regis Road

Mattapan, MA 02126

Tel: (857) 395-5598

Email: dynzel87@gmail.com