# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS



DYNZEL BROWN,
MICHAEL BROWN,

**Plaintiff,**

v.

Blessed Moses Corporation, et al.

**Defendant,**

Civil Action No. 1:25-cv-11673-WGY

## PLAINTIFFS' REQUEST/MOTION FOR ENTRY OF CLERK'S DEFAULT

*(Mass. R. Civ. P. 55(a))*

1. Now come Plaintiffs Michael Brown and Dynzel Brown ("Plaintiffs") and respectfully request that the Clerk enter the default against defendants Moses Olatunde, Risikat Olatunde, Blessing J. Olatunde, Yetunde Olatunde and Blessed Moses Corporation pursuant to Mass. R. Civ. P. 55(a). In support, Plaintiffs state:

2. Service. Defendant Moses Olatunde was duly served with the 5 Summons and Complaint on August 8, 2025, as the registered agent of all 5 defendants above.

3. Deadline expired. Under Mass. R. Civ. P. 12(a), a responsive pleading was due 20 days after service (i.e., on August 28, 2025).

4. The defendant Moses Olatunde is the registered agent for defendants Risikat Olatunde, Blessing J. Olatunde, Yetunde Olatunde and Blessed Moses Corporation.

5. On August 28, 2025, the defendant Moses Olatunde filed a legal nullity answer with the Boston Federal Court on behalf of only Blessed Moses Corporation which was not proper

1

as he Moses Olatunde is not an attorney in the Commonwealth of Massachusetts. No other defendants filed an answer with the court as the time to answer has expired.

6. All Defendants including Moses Olatunde, Risikat Olatunde, Blessing J. Olatunde, Yetunde Olatunde and Blessed Moses Corporation has failed to plead or otherwise defend properly within the time allowed and no extension has been granted.

    1. The purported "answer" filed on August 28, 2025, by Moses Olatunde (non-attorney individual) on behalf of corporate Defendant Blessed Moses Corporation is a legal nullity because a corporation may appear only through counsel; therefore, no valid responsive pleading is on file.

7. Relief. Entry of default by the Clerk is mandatory under Rule 55(a) upon this showing.

**WHEREFORE,** Plaintiffs request that the Clerk enter the default of Defendant(s) Moses Olatunde, Risikat Olatunde, Blessing J. Olatunde, Yetunde Olatunde and Blessed Moses Corporation forthwith.

Respectfully submitted,                                    September 2, 2025

Plaintiff: Michael Brown  /s/ Michael Brown
43 Regis Road

Mattapan, MA 02126

Tel: 617-487-1272
michaelgab184@gmail.com

Plaintiff: Dynzel Brown  /s/ Dynzel Brown
43 Regis Road

Mattapan, MA 02126

Tel: (857) 395-5598

Email: dynzel87@gmail.com

# CERTIFICATE OF SERVICE

We the plaintiffs hereby certify that on this date I caused a true and accurate copy of the foregoing Motion to Strike Defendant's Moses Olatunde Answer to be served upon the registered agent for Defendants Risikat Olatunde, Blessing J. Olatunde, Yetunde Olatunde and Blessed Moses Corporation by emailing and mailing a copy to the Registered agent Moses Olatunde by first-class mail, postage prepaid, and by email address and at the registered agent Mr. Moses Olatunde mailing address of *3 ALLIED DRIVE SUITE #303 Dedham, Massachusetts 02026* on this 2nd day of September 2025.


Respectfully submitted,                              September 2, 2025

Plaintiff: Michael Brown  /s/ Michael Brown

43 Regis Road

Mattapan, MA 02126

Tel: 617-487-1272

michaelgab184@gmail.com


Plaintiff: Dynzel Brown  /s/ Dynzel Brown

43 Regis Road

Mattapan, MA 02126

Tel: (857) 395-5598

Email: dynzel87@gmail.com