UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |
|---|
| DYNZEL BROWN,<br>MICHAEL BROWN,<br><br>                    **Plaintiff,**<br><br>v.<br><br>Blessed Moses Corporation, et al.<br><br>                    **Defendant,** |

Civil Action No. 1:25-cv-11673-WGY

## PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S ANSWER

NOW COME the Plaintiffs, Michael Brown and Dynzel Brown ("Plaintiffs"), and respectfully move this Honorable Court and applicable law to strike the purported "Answer" filed on behalf of Defendant Blessed Moses Corporation by Moses Olatunde.

## I. LEGAL STANDARD

Under Massachusetts law, a corporation is a separate legal entity and may only appear in court through a duly licensed attorney. It is well established that a non-attorney, even if a corporate officer, director, or registered agent, is not authorized to represent a corporation in legal proceedings. See *Varney Enters., Inc. v. WMF, Inc.*, 402 Mass. 79, 80–81 (1988) (holding that *"In this case, we hold that, except for small claim matters, a corporation may not be represented in judicial proceedings by a corporate officer who is not an attorney licensed to practice law in the Commonwealth"*).

1

## II. ARGUMENT

1. The Defendant Blessed Moses Corporation filed an "Answer" that was signed and submitted by Moses Olatunde, who is not an attorney licensed to practice law in the Commonwealth of Massachusetts.

2. Although Mr. Olatunde may be the registered agent of the Blessed Moses Corporation, such designation does not authorize him to practice law or to file pleadings on behalf of the corporation or the defendants Risikat Olatunde, Blessing J. Olatunde, and Yetunde Olatunde.

3. The defendants Moses Olatunde may only file an answer for himself.

4. As such, the "Answer" is a nullity and has no legal effect.

5. Allowing a non-lawyer to represent a corporation would constitute the unauthorized practice of law and prejudice Plaintiffs' rights by obstructing proper procedure.

## III. RELIEF REQUESTED

For the foregoing reasons, Plaintiffs respectfully request that this Court:

a. Strike the "Answer" filed on behalf of Blessed Moses Corporation and the other defendants by defendant Moses Olatunde;

b. Order Blessed Moses Corporation to obtain licensed counsel and file a proper responsive pleading within a time period set by the Court;

c. Grant such other relief as this Court deems just and proper.

Respectfully submitted,                                    September 2, 2025

Plaintiff: Michael Brown  /s/ Michael Brown

2

43 Regis Road

Mattapan, MA 02126
Tel: 617-487-1272

michaelgab184@gmail.com

Plaintiff: Dynzel Brown  /s/ Dynzel Brown

43 Regis Road
Mattapan, MA 02126
Tel: (857) 395-5598
Email: dynzel87@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and accurate copy of the foregoing Motion to Strike Defendant's Moses Olatunde Answer to be served upon the registered agent for Defendants Risikat Olatunde, Blessing J. Olatunde, and Yetunde Olatunde and Blessed Moses Corporation by emailing and mailing a copy to the Registered agent Moses Olatunde by first-class mail, postage prepaid, and by email address and at the registered agent Mr. Moses Olatunde mailing address of *3 ALLIED DRIVE SUITE #303 Dedham, Massachusetts  02026* on this 2nd day of September 2025.

Respectfully submitted,                                        September 2, 2025

Plaintiff: Michael Brown  /s/ Michael Brown

43 Regis Road

Mattapan, MA 02126

Tel: 617-487-1272

michaelgab184@gmail.com

Plaintiff: Dynzel Brown  /s/ Dynzel Brown

43 Regis Road

Mattapan, MA 02126

Tel: (857) 395-5598

Email: dynzel87@gmail.com

4